United States District Court
Southern District of Texas
**ENTERED**
January 10, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DIAJA JACKSON; SHAROBIN WHITE; LATOYA IDLEBIRD; DINAH CLARK; NAKEYSHA BONIABY; JANEY WILLIAMS; DENESHA JOSEPH; LAWANDA DOUGLAS; AMANDA WILLIAMS; SHIRLEY ANDREWS; RODNEY BOB; ALEXIS JOSEPH; and MISTY JOSEPH, <br><br> Plaintiffs, <br><br> v. <br><br> THE UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; and DM ARBOR COURT, LTD., <br><br> Defendants. | Civil Action No. 4:18-CV-02468 |

## ORDER

The Defendant United States Department of Housing and Urban Development's Motion for a Stay of Entire Case in Light of Lapse of Appropriations is GRANTED.

It is therefore ORDERED that this case is stayed until further order of the Court. The initial case management conference scheduled for February 6, 2019, at 2:00 p.m. is cancelled until further order of the Court.

DATED: 1/10/19

DAVID HITTNER
United States District Judge