United States District Court
Southern District of Texas
**ENTERED**
April 13, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DAIJA JACKSON, *et al*, § § Plaintiffs, § VS. § THE UNITED STATES DEPARTMENT § OF HOUSING AND URBAN § DEVELOPMENT, *et al*, § § Defendants. § | CIVIL ACTION NO. 4:18-CV-2468 |

# FINAL JUDGMENT

Pursuant to the Court's Memorandum Opinion and Order entered in this case,

**JUDGMENT IS ENTERED FOR DEFENDANT.**

All pending motions are **DENIED** as moot.

The Clerk will provide copies of this judgment to the parties.

SIGNED at Houston, Texas, this 12th day of April, 2021.

*George C. Hanks, Jr.*
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE